RECEIVED
IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
2009 OCT 20 A 10: 51

Cornelius Kentz Russell

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Full name and prison name of
Plaintiff(s)

v.

CIVIL ACTION NO. 1:09CV978-TMH
(To be supplied by Clerk of U.S. District Court)

Mike Shelley
C.O. Hill
C.O. Carter
Sgt. Kim Turner
The Mayor of Dothan
The Comissioner of The Jail H.C.J.

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☑

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ☐   NO ☑

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff (s) _____

         Defendant(s) _____

      2. Court (if federal court, name the district; if state court, name the county)

3. Docket number 64256

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _____

6. Approximate date of filing lawsuit October 12, 2009

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED "the fight occurred in A-pod, August 17, 2009

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
| --- | --- |
| 1. Mike Shelley | H.C.J. |
| 2. C.O. Hill | H.C.J. |
| 3. C.O. Carter | H.C.J |
| 4. Sgt. Kim Turner | H.C.J. |
| 5. The mayor of Dothan | Dothan, AL |
| 6. The Commissioner of the Jail | H.C.J |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____

Assualt 2 August 17, 2009

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: On August 17, 2009, Ms. Nina was escorted by Mike Shelley. I was asking Ms. Nina, about when do I suppose to come

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

there for my knees + ankles. Mike Shelley pull out his tazer and point @ me. I back down, I come back to the door, I ask could I take my medicine. I was mas in face, than Mike Shelley started punching me. I hit him one time in the jaw. He pull out his radio an started hitting me in the top of my head & above my left eye. I was tazered by C.O. Carter in my buttock + growing area. An

GROUND TWO: C.O. Hill push my head into the floor. Mike Shelley drop his knee in my left low back. I bruise my right collarbone & ribs. I broke my right hand. I have fracture my left wrist. I suffer from mental disorder.

SUPPORTING FACTS: Video evident; A-pod; C.O. Leary; C.O. Martin; Ms. Nina; Ms. Catrina; Southeast Medicial records + video evident.

GROUND THREE: On August 23, 2009 I had a hearing with Sgt. Kim Turner, she had witness statement from C.O. Leary; C.O. Martin stating in the favor Mike Shelley I receive my sentence paper and the writing is the same as other.

SUPPORTING FACTS:

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would for the court to add the Hate Crime. I like for the court to pay for my attorney; filing fee; Medicine fee; Court fee. I would like for the court reward me One billion dollars.

*Cornelius Kenta Russell*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 12, 2009.
(Date)

*Cornelius Kenta Russell*
Signature of plaintiff(s)

CORNELIUS K. RUSSELL
HOUSTON COUNTY JAIL
901 E. MAIN ST.
36301



U.S. DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL
36101-0711