IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CORNELIUS KENTA RUSSELL, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>)<br>MIKE SHELLEY, *et al.*, )<br>)<br>  Defendants. ) | <br><br><br><br><br>CASE NO. 1:09-cv-978-TMH<br>[WO] |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #7) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #7) of the Magistrate Judge is ADOPTED. It is further

ORDERED that this case is DISMISSED without prejudice due to Plaintiff's failure to file an amended complaint in accordance with the directive of the orders entered in this case.

A separate judgment shall be entered.

Done this 3rd day of March, 2010.

/s/ Truman M. Hobbs

_____

UNITED STATES DISTRICT JUDGE